UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ELISE M. P., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-cv-00261-JPH-MJD ) |
| KILOLO KIJAKAZI Acting Commissioner of Social Security Administration, | ) ) ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mark Dinsmore has entered a Report and Recommendation recommending that the Court reverse and remand the Commissioner's decision denying Plaintiff's petition for disability insurance benefits. Dkt. 12. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [12]. This case is **REVERSED and REMANDED** for further proceedings. Final judgment will issue by separate entry.

**SO ORDERED.**

Date: 5/30/2023

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Lu Han
Social Security Administration
lu.han@ssa.gov

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov

Adriana Maria de la Torre
THE DE LA TORRE LAW OFFICE LLC
adriana@dltlawoffice.com